IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MANUEL CHAVEZ and CECILIA CHAVEZ,

    Plaintiffs,

    v.

MERCK & COMPANY, INC., MCKESSON CORP., and DOES 1 - 100,

    Defendants.

CIV-S-06-0324 DFL DAD

ORDER

    This is one of several cases that have been filed in this court involving defendant Merck and its drug, Vioxx. Almost without exception, the judges of the court have stayed the proceedings pending transfer to the multidistrict litigation in the Eastern District of Louisiana. See Leeson v. Merck & Co., Inc., et al, Civ. S-05-2240 WBS PAN slip op. (E.D. Cal. Jan. 27, 2006). Although plaintiffs have filed a request to continue the hearing date because of a problem with counsel's email notification system, the court sees little benefit to plaintiffs from such a course of action, given the court's rulings in

1

previous cases presenting precisely the same issues.[1]
Accordingly, for the reasons stated in Leeson, supra, defendant Merck & Co., Inc.'s motion to stay is GRANTED.

IT IS SO ORDERED.

Dated: 3/27/2006

                                          _____
                                          DAVID F. LEVI
                                          United States District Judge

---

[1] If plaintiffs believe that there is something distinguishing about their action, they may file a motion to vacate the stay.

2