A CERTIFIED TRUE COPY
APR 5 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2006 APR -6 PM 4:11
LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR - 5 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

EDLA
SEC. L/3

Manuel Chavez, et al. v. Merck & Co., Inc., et al., E.D. California, C.A. No. 2:06-324      06-1805
Frank Detorie, et al. v. Merck & Co., Inc., et al., D. Rhode Island, C.A. No. 1:06-65         06-1806

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in these two actions (*Chavez* and *Detorie*) on March 2, 2006. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in *Chavez* and *Detorie* filed notices of opposition to the proposed transfer. Plaintiffs subsequently failed to file the required motions and briefs to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-43" filed on March 2, 2006, is LIFTED insofar as it relates to these two actions, and thus the actions are transferred to the Eastern District of Louisiana for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Eldon E. Fallon.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

CLERK'S OFFICE
A TRUE COPY
APR 26 2006
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep____
___ Doc. No____